# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Alonzo Hale, Jr.,

     Plaintiff,

          v.                              Case No.  1:05cv213

Warden, London Correctional Institution,          Judge Michael R. Barrett

     Defendant.

## <u>ORDER</u>

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 19, 2006 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  This action is closed.

     **IT IS SO ORDERED.**

                                    */s/ Michael R. Barrett*

bac       November 6, 2006                Michael R. Barrett, Judge
                                          United States District Court